# AFFIDAVIT/DECLARATION OF TRUTH

**To: David J. Filippone**
**President/Chief Executive Officer Wholefoods Market**
**300 Legacy Place**
**Dedham MA, 02026**

I, Ryan Manning, 283 Hillside Ave., Needham MA, 02494, the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of perjury under the laws of the United States of America and of this state, that I am of legal age and of sound mind and hereby attest that the statements, averments and information contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification to you David J. Filippone, and is hereby made and sent to you at Wholefoods Market pursuant to the national Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and The Massachusetts Constitution: Articles 1, Natural Rights, Article 2, Religious Rights, Article 3, Religious Responsibilities, Article 4 Right of Self Governance, Article 6 Emoluments, Article 10 Due Process and Article 16 Freedom of the Press. You have also violated the Civil Rights Act of 1964, which is well established law. You are also in violation of Massachusetts Chapter 112 section 6 for unlicensed practice of medicine. This requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within 10 (ten) working days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection and that of those who represent you.

1. I walked into the Dedham Wholefoods Market January 4th, 2021 and was greeted by a staff member at the door. I was already filming for my evidence, as I knew that I was going to be denied service for not wearing a mask. I was stopped by the staff member and told that I needed to wear a mask. I told them that I

AFFIDAVIT/DECLARATION OF TRUTH

did not need to wear one and that it was unconstitutional. The staff member said that it was store policy and that I needed to wear a mask in order to come in. I explained that it was in direct violation of the federal laws and that they could be held personally liable for committing federal crimes. They then called their manager to come talk to me.
2. I waited for Greg and the store manager David J Filippone to come over. They explained that I needed to wear a mask in order to shop because it was Wholefood's new policy. I informed them that Wholefoods policy is not the law, and is in direct violation of the Civil Rights Act of 1964. They said the law didn't matter and that they still needed to uphold their policy even though it went against federal law. I made it extremely clear that they would be held personally liable for violating federal laws. They still wouldn't allow me in to shop without a mask so I called the police and waited outside for them to arrive.
3. Officer John Rinn showed up and I greeted him and explained that I was being denied entry for not wearing a mask. I explained to Officer Rinn that this was a direct violation of the Civil Rights act and was discrimination. I told them I wanted to make a citizen's arrest but Officer Rinn told me that they didn't enforce federal laws and that I would have to file a lawsuit to deal with the matter.
4. David J Filippone offered to go shopping for me and I told him that it wasn't the same, and that I wanted equal and fair access to go shopping for myself. David said he had to protect the health of the other customers in which I replied that I wasn't a direct threat and even provided a print out of Title 3 of the U.S. Civil Rights Act showing that I was in fact NOT a "direct threat" and had every right to fair and equal access to the facility without being discriminated against.
5. David J Filippone then offered to let me shop if I underwent a "Health screening" and temperature check to which I replied that they had no right to do such a thing as they were not licensed medical professionals and that they were now violating the law by impersonating a doctor. I also explained that the temperature check guns that they currently use are detrimental to ones health and cause damage to the pineal gland in the head.
6. After causing an embarrassing scene outside the front entrance I realized that I would need to seek remedy through the courts and asked the police for a police report with all the details so I could file a lawsuit against Wholefoods and the two managers who willfully and actively denied me service and clearly discriminated

against me while also impersonating a medical professional.

AFFIDAVIT/DECLARATION OF TRUTH

As a member of the public I am protected by our Constitution against corporate non-compliance to the laws of this land and the public trust. Wholefoods violated the sacred trust with its acts of discrimination and trespass of my religious conviction and my freedom of speech from which I was severely humiliated, inconvenienced, harassed and denied fair and equal service for essential food items.

Any act committed by you, David J. Filippone ,either supports and upholds the Constitutions, national and state, or opposes and violates them. You are in violation of the national and state Constitutions, and are in clear violation of Title 18 U.S.C. section 242 - Deprivation of rights under color of law. Title 42 - U.S.C. section 1983 - Civil rights action for deprivation of rights. Title 42 U.S.C. section 1985 (3) - conspiracy to interfere with civil rights. Title 42 U.S.C. 2000a (a). Civil rights act of 1871, 42 U.S.C. 1985. Massachusetts Chapter 112 Seciton 6 the practice of medicine without a license. Any act committed by you, David J. Filippone either supports and upholds the Constitutions, national and state, or opposes and violates them.

David J. Filippone, you have no constitutional authority, or any other form of valid, lawful authority, to knowingly and willingly enforce false mandates and violate my freedom of speech. You have no constitutional authority to knowingly and willingly enforce wearing of masks or social distancing. Any person and/or corporations receiving any government subsidies is in compliance with a government faction which can and shall be held to the same standards, laws, pains and penalties as any and all government agencies who violate willingly and knowingly the rights of We the People from which those subsidies were derived.

However, despite the above-stated factual, lawful positions, your unconstitutional actions, as described throughout this Affidavit/Declaration of Truth, clearly demonstrate how you have violated all of the above lawful positions, the Constitutions, acted against the public good by knowingly and willingly violating the public trust and committing sedition and insurrection. Please note that, as stated above and below, if you fail to specifically rebut, in kind, any of the charges, claims and positions set forth in this Affidavit/Declaration, then, you David J. Filippone knowingly and willingly tacitly admit to them, and these admissions will be lawfully used against Wholefoods. The following paragraphs and others throughout this

Affidavit/Declaration describe some of David J. Filippone's unlawful, unconstitutional actions, which have harmed me and others.

AFFIDAVIT/DECLARATION OF TRUTH

David J. Filippone, you have knowingly and willingly humiliated me and violated my constitutionally protected rights by unlawfully denying me fair and equal service for not wearing a mask in your store. The 1st Amendment states, " Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." You have unlawfully knowingly and willingly discriminated against me and required me to wear a mask to shop at your store and it is a well established fact supported by evidence that mask wearing is a main cause that contributes to hypoxia, hypoxemia and hypercapnia among other grave health issues. Wearing masks creates a bacterial cesspool over the mouth and nose and it forces one to inhale their own waste product, carbon dioxide which is poisonous to the bloodstream and entire organ system and immune system.

My body is my biological property therefore you have no lawful authority to ask me about my medical condition or tell me to wear a mask or to social distance. By refusing me service you have violated the Civil Rights Act of 1964 and discriminated against me.

Lawful notification has been provided to you **David J. Filippone**, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then, you at Wholefood's knowingly and willingly tacitly agree with and admit to them. Pursuant to that lawful notification, if Wholefood's does disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to me that with which you disagree, with particularity, within ten (10) days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Massachusetts.

An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America,

without your protest, objection and that of those who represent Wholefood's.

No remedy less than $75,000 (Seventy five thousand dollars) can even be considered for the injury and harm caused by the willingly and knowingly deprivation of my unalienable rights under Gregory Palladino's blatant disregard for my rights, and well established laws against discrimination and blatant disregard to their charter of commerce for which shall and should be in all matters of commerce be revoked and the matters of common law and writs of quo warranto shall and should be as a matter of law and commerce revoked pursuant to all articles prescribed by the Constitution and contract law. Remedy of the trespasses perpetrated unlawfully under the guise of Color of Law Title 18 U.S.C. section 242 must be awarded to the plaintiffs for the utter failure to conform and adhere to any and all rights prescribed under and within the charter and constitution for the United States of America. All those acting and performing any and all acts contrary outside the public trust have no immunity or suits restricting liability or harm and injury for their neglect or abuse of the rights of We the People.

Affiant further sayeth naught. All Rights Reserved,

_____

Ryan Timothy Manning Affiant/Declarant Date

NOTARY STATEMENT

In the State of _____MA_____

_____Norfolk_____ County

I swear that on this __2nd.__ day of __February__ 2021, The above named Affiant/Declarant, Ryan Timothy Manning, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.

_____ Notary Public My Commission Expires:_____

Seal:

MOHAMAD CHEBRO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov. 30, 2023

# AFFIDAVIT/DECLARATION OF TRUTH

**To: Gregory Palladino**
**President/Chief Executive Officer Wholefoods Market**
**300 Legacy Place**
**Dedham MA, 02026**

I, Ryan Manning, 283 Hillside Ave., Needham MA, 02494, the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of perjury under the laws of the United States of America and of this state, that I am of legal age and of sound mind and hereby attest that the statements, averments and information contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification to you Gregory Palladino, and is hereby made and sent to you at Wholefoods Market pursuant to the national Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and The Massachusetts Constitution: Articles 1, Natural Rights, Article 2, Religious Rights, Article 3, Religious Responsibilities, Article 4 Right of Self Governance, Article 6 Emoluments, Article 10 Due Process and Article 16 Freedom of the Press. You have also violated the Civil Rights Act of 1964, which is well established law. You are also in violation of Massachusetts Chapter 112 section 6 for unlicensed practice of medicine. This requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within 10 (ten) working days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection and that of those who represent you.

1. I walked into the Dedham Wholefoods Market January 4th, 2021 and was greeted by a staff member at the door. I was already filming for my evidence, as I knew that I was going to be denied service for not wearing a mask. I was stopped by the staff member and told that I needed to wear a mask. I told them that I

AFFIDAVIT/DECLARATION OF TRUTH

did not need to wear one and that it was unconstitutional. The staff member said that it was store policy and that I needed to wear a mask in order to come in. I explained that it was in direct violation of the federal laws and that they could be held personally liable for committing federal crimes. They then called their manager to come talk to me.

2. I waited for Greg and the store manager David J Filippone to come over. They explained that I needed to wear a mask in order to shop because it was Wholefood's new policy. I informed them that Wholefoods policy is not the law, and is in direct violation of the Civil Rights Act of 1964. They said the law didn't matter and that they still needed to uphold their policy even though it went against federal law. I made it extremely clear that they would be held personally liable for violating federal laws. They still wouldn't allow me in to shop without a mask so I called the police and waited outside for them to arrive.
3. Officer John Rinn showed up and I greeted him and explained that I was being denied entry for not wearing a mask. I explained to Officer Rinn that this was a direct violation of the Civil Rights act and was discrimination. I told them I wanted to make a citizen's arrest but Officer Rinn told me that they didn't enforce federal laws and that I would have to file a lawsuit to deal with the matter.
4. David J Filippone offered to go shopping for me and I told him that it wasn't the same, and that I wanted equal and fair access to go shopping for myself. David said he had to protect the health of the other customers in which I replied that I wasn't a direct threat and even provided a print out of Title 3 of the U.S. Civil Rights Act showing that I was in fact NOT a "direct threat" and had every right to fair and equal access to the facility without being discriminated against.
5. David J Filippone then offered to let me shop if I underwent a "Health screening" and temperature check to which I replied that they had no right to do such a thing as they were not licensed medical professionals and that they were now violating the law by impersonating a doctor. I also explained that the temperature check guns that they currently use are detrimental to ones health and cause damage to the pineal gland in the head.
6. After causing an embarrassing scene outside the front entrance I realized that I would need to seek remedy through the courts and asked the police for a police report with all the details so I could file a lawsuit against Wholefoods and the two managers who willfully and actively denied me service and clearly discriminated

against me while also impersonating a medical professional.

AFFIDAVIT/DECLARATION OF TRUTH

As a member of the public I am protected by our Constitution against corporate non-compliance to the laws of this land and the public trust. Wholefoods violated the sacred trust with its acts of discrimination and trespass of my religious conviction and my freedom of speech from which I was severely humiliated, inconvenienced, harassed and denied fair and equal service for essential food items.

Any act committed by you, Gregory Palladino, either supports and upholds the Constitutions, national and state, or opposes and violates them. You are in violation of the national and state Constitutions, and are in clear violation of Title 18 U.S.C. section 242 - Deprivation of rights under color of law. Title 42 - U.S.C. section 1983 - Civil rights action for deprivation of rights. Title 42 U.S.C. section 1985 (3) - conspiracy to interfere with civil rights. Title 42 U.S.C. 2000a (a). Civil rights act of 1871, 42 U.S.C. 1985. Massachusetts Chapter 112 Seciton 6 the practice of medicine without a license. Any act committed by you, Gregory Palladino, either supports and upholds the Constitutions, national and state, or opposes and violates them.

Gregory Palladino, you have no constitutional authority, or any other form of valid, lawful authority, to knowingly and willingly enforce false mandates and violate my freedom of speech. You have no constitutional authority to knowingly and willingly enforce wearing of masks or social distancing. Any person and/or corporations receiving any government subsidies is in compliance with a government faction which can and shall be held to the same standards, laws, pains and penalties as any and all government agencies who violate willingly and knowingly the rights of We the People from which those subsidies were derived.

However, despite the above-stated factual, lawful positions, your unconstitutional actions, as described throughout this Affidavit/Declaration of Truth, clearly demonstrate how you have violated all of the above lawful positions, the Constitutions, acted against the public good by knowingly and willingly violating the public trust and committing sedition and insurrection. Please note that, as stated above and below, if you fail to specifically rebut, in kind, any of the charges, claims and positions set forth in this Affidavit/Declaration, then, you Gregory Palladino, knowingly and willingly tacitly admit to them, and these admissions will be lawfully used against Wholefoods. The following paragraphs and others throughout this

- Affidavit/Declaration describe some of Gregory Palladino unlawful, unconstitutional actions, which have harmed me and others.

AFFIDAVIT/DECLARATION OF TRUTH

Gregory Palladino, you have knowingly and willingly humiliated me and violated my constitutionally protected rights by unlawfully denying me fair and equal service for not wearing a mask in your store. The 1st Amendment states, " Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." You have unlawfully knowingly and willingly discriminated against me and required me to wear a mask to shop at your store and it is a well established fact supported by evidence that mask wearing is a main cause that contributes to hypoxia, hypoxemia and hypercapnia among other grave health issues. Wearing masks creates a bacterial cesspool over the mouth and nose and it forces one to inhale their own waste product, carbon dioxide which is poisonous to the bloodstream and entire organ system and immune system.

My body is my biological property therefore you have no lawful authority to ask me about my medical condition or tell me to wear a mask or to social distance. By refusing me service you have violated the Civil Rights Act of 1964 and discriminated against me.

Lawful notification has been provided to you **Gregory Palladino**, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then, you at Wholefood's knowingly and willingly tacitly agree with and admit to them. Pursuant to that lawful notification, if Wholefood's does disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to me that with which you disagree, with particularity, within ten (10) days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Massachusetts.

An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America,

without your protest, objection and that of those who represent Wholefood's.

No remedy less than $75,000 (Seventy five thousand dollars) can even be considered for the injury and harm caused by the willingly and knowingly deprivation of my unalienable rights under David J. Filippone's blatant disregard for my rights, and well established laws against discrimination and blatant disregard to their charter of commerce for which shall and should be in all matters of commerce be revoked and the matters of common law and writs of quo warranto shall and should be as a matter of law and commerce revoked pursuant to all articles prescribed by the Constitution and contract law. Remedy of the trespasses perpetrated unlawfully under the guise of Color of Law Title 18 U.S.C. section 242 must be awarded to the plaintiffs for the utter failure to conform and adhere to any and all rights prescribed under and within the charter and constitution for the United States of America. All those acting and performing any and all acts contrary outside the public trust have no immunity or suits restricting liability or harm and injury for their neglect or abuse of the rights of We the People.

Affiant further sayeth naught. All Rights Reserved,

_____
Ryan Timothy Manning Affiant/Declarant Date

NOTARY STATEMENT

In the State of _____MA_____

_____Norfolk_____ County

I swear that on this __2nd__ day of __February__ 2021, The above named Affiant/Declarant, Ryan Timothy Manning, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.

_____ Notary Public My Commission Expires:_____

Seal:

MOHAMAD CHEBBO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov. 30, 2023

John P. Mackey
President/Chief Executive Officer Wholefoods Market
550 Bowie Street
Austin, TX 78703-4644

This letter is lawful notification to you pursuant to the Bill of Rights of the National Constitution, the Supreme Law of the Land, in particular, I, IV, IX, X and XIV Amendments, and the Massachusetts State Constitution in particular, Articles, 1 Declaration of Rights: §1 Inherent Rights of Mankind, §2 Political Powers, §3 Religious Freedom, §7 Freedom of Press and Speech, §25, Reservation of Powers in People, §26, No Discrimination by Commonwealth and its Political Subdivisions. You have also violated the Civil rights Act of 1964 which is well established law. Pursuant To your limited authority as a public corporation to enforce any unlawful mandates this requires your written response to me within 21 (twenty one) days as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: Connally v. General Construction Co., 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: U.S. v. Tweel, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."You are bound as a public corporation to uphold and support the Constitution of the United States and the Constitution of Massachusetts, and pursuant to this binding you are required to abide by the authority of said Constitutions. Pursuant to Marbury v. Madison, (1803), all laws repugnant to the Constitution are null and void. Your charges and your actions are repugnant to the Constitutions, thus, are without the weight of law and without valid authority.

Page 1 of 4

By your actions against me, committed on January 4th, 2021, at the Dedham Wholefoods Market, where your employee (Managers) Dave J Filippone and Greg who chose to hold unlawful and untrue actions against me by which you, contrary to the Supreme Law: (1) Discriminated against me (2) where you unlawfully required me to wear a mask, (3) unlawfully offered a health screen and temperature check, (4) violated my Constitutionally protected rights and in so doing, you acted in sedition and insurrection against the Constitutions, both federal and state, and in treason against the People, in the instant case, me. I was not allowed to go shopping without a mask, which by definition is a medical device.

You have knowingly and willingly humiliated me and violated my constitutionally protected rights by unlawfully not allowing me to shop at your store. The 1st Amendment states, " Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." You have unlawfully knowingly and willingly discriminated against me by requiring me to wear a face mask while shopping and it is a well established fact supported by evidence that mask wearing is a main cause that contributes to hypoxia, hypoxemia and hypercapnia among other grave health issues.

Through this entire process you unlawfully violated my rights and discriminated against me and denied me fair and equal service at the Dedham Wholefoods Market in clear violation of well established law. You had no lawful authority to make assumptions or presumptions about me or to not allow me to shop at your store. I was exercising my lawful right to be secure in my own property and to pursue happiness as I so choose to and also exercising my freedom of speech. If you disagree with anything in this letter, then rebut that with which you disagree, in writing, with particularity, to me, within 21 (twenty one) days of this letter's date, and support your disagreement with evidence, fact and valid Law. Your failure to respond, as stipulated, is your agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement attesting to this, fully binding upon you, in any court in America, without your protest or objection or that of those who represent you, binding upon you, in any court in America, without your protest or objection or that of those who represent you.

All Rights Reserved,

Ryan Manning

283 Hillside Ave

Needham MA, 02494

## NOTARY STATEMENT

In the State of Massachusetts, County of __Norfolk__, I swear that on this __12__ day of __January__, 2021 the above named Affiant/Declarant, Ryan Manning, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.

_____ Notary Public

My Commission Expires: __9/4/2026__

Seal:

4 of 4

# AFFIDAVIT/DECLARATION OF TRUTH

To: John P. Mackey
President/Chief Executive Officer Wholefoods Market
550 Bowie Street
Austin, TX 78703-4644

I, Ryan Manning, 283 Hillside Ave., Needham MA, 02494, the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of perjury under the laws of the United States of America and of this state, that I am of legal age and of sound mind and hereby attest that the statements, averments and information contained in this Affidavit/Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification to you John P. Mackey, and is hereby made and sent to you at Wholefoods Market pursuant to the national Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and The Massachusetts Constitution: Articles 1, Natural Rights, Article 2, Religious Rights, Article 3, Religious Responsibilities, Article 4 Right of Self Governance, Article 6 Emoluments, Article 10 Due Process and Article 16 Freedom of the Press. You have also violated the Civil Rights Act of 1964, which is well established law. You are also in violation of Massachusetts Chapter 112 section 6 for unlicensed practice of medicine. This requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within 10 (ten) working days, via your own sworn and notarized affidavit, using true fact, valid law and evidence to support your rebuttal of the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed that your failure to respond, as stipulated, and rebut, with particularity and specificity, anything with which you disagree in this Affidavit/Declaration, is your lawful, legal and binding tacit agreement with and admission to the fact that everything in this Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any court in America, without your protest or objection and that of those who represent you.

1. I walked into the Dedham Wholefoods Market January 4th, 2021 and was greeted by a staff member at the door. I was already filming for my evidence, as I knew that I was going to be denied service for not wearing a mask. I was stopped by the staff member and told that I needed to wear a mask. I told them that I

AFFIDAVIT/DECLARATION OF TRUTH

did not need to wear one and that it was unconstitutional. The staff member said that it was store policy and that I needed to wear a mask in order to come in. I explained that it was in direct violation of the federal laws and that they could be held personally liable for committing federal crimes. They then called their manager to come talk to me.

2. I waited for Greg and the store manager David J Filippone to come over. They explained that I needed to wear a mask in order to shop because it was Wholefood's new policy. I informed them that Wholefoods policy is not the law, and is in direct violation of the Civil Rights Act of 1964. They said the law didn't matter and that they still needed to uphold their policy even though it went against federal law. I made it extremely clear that they would be held personally liable for violating federal laws. They still wouldn't allow me in to shop without a mask so I called the police and waited outside for them to arrive.
3. Officer John Rinn showed up and I greeted him and explained that I was being denied entry for not wearing a mask. I explained to Officer Rinn that this was a direct violation of the Civil Rights act and was discrimination. I told them I wanted to make a citizen's arrest but Officer Rinn told me that they didn't enforce federal laws and that I would have to file a lawsuit to deal with the matter.
4. David J Filippone offered to go shopping for me and I told him that it wasn't the same, and that I wanted equal and fair access to go shopping for myself. David said he had to protect the health of the other customers in which I replied that I wasn't a direct threat and even provided a print out of Title 3 of the U.S. Civil Rights Act showing that I was in fact NOT a "direct threat" and had every right to fair and equal access to the facility without being discriminated against.
5. David J Filippone then offered to let me shop if I underwent a "Health screening" and temperature check to which I replied that they had no right to do such a thing as they were not licensed medical professionals and that they were now violating the law by impersonating a doctor. I also explained that the temperature check guns that they currently use are detrimental to ones health and cause damage to the pineal gland in the head.
6. After causing an embarrassing scene outside the front entrance I realized that I would need to seek remedy through the courts and asked the police for a police report with all the details so I could file a lawsuit against Wholefoods and the two managers who willfully and actively denied me service and clearly discriminated

against me while also impersonating a medical professional.

AFFIDAVIT/DECLARATION OF TRUTH

As a member of the public I am protected by our Constitution against corporate non-compliance to the laws of this land and the public trust. Wholefoods violated the sacred trust with its acts of discrimination and trespass of my religious conviction and my freedom of speech from which I was severely humiliated, inconvenienced, harassed and denied fair and equal service for essential food items.

Any act committed by you, Wholefoods either supports and upholds the Constitutions, national and state, or opposes and violates them. You are in violation of the national and state Constitutions, and are in clear violation of Title 18 U.S.C. section 242 - Deprivation of rights under color of law. Title 42 - U.S.C. section 1983 - Civil rights action for deprivation of rights. Title 42 U.S.C. section 1985 (3) - conspiracy to interfere with civil rights. Title 42 U.S.C. 2000a (a). Civil rights act of 1871, 42 U.S.C. 1985. Massachusetts Chapter 112 Seciton 6 the practice of medicine without a license. Any act committed by you, Wholefoods either supports and upholds the Constitutions, national and state, or opposes and violates them.

Wholefoods, you have no constitutional authority, or any other form of valid, lawful authority, to knowingly and willingly enforce false mandates and violate my freedom of speech. You have no constitutional authority to knowingly and willingly enforce wearing of masks or social distancing. Any person and/or corporations receiving any government subsidies is in compliance with a government faction which can and shall be held to the same standards, laws, pains and penalties as any and all government agencies who violate willingly and knowingly the rights of We the People from which those subsidies were derived.

However, despite the above-stated factual, lawful positions, your unconstitutional actions, as described throughout this Affidavit/Declaration of Truth, clearly demonstrate how you have violated all of the above lawful positions, the Constitutions, acted against the public good by knowingly and willingly violating the public trust and committing sedition and insurrection. Please note that, as stated above and below, if you fail to specifically rebut, in kind, any of the charges, claims and positions set forth in this Affidavit/Declaration, then, you at Wholefoods knowingly and willingly tacitly admit to them, and these admissions will be lawfully used against Wholefoods. The following paragraphs and others throughout this Affidavit/Declaration

describe some of Wholefoods unlawful, unconstitutional actions, which have harmed me and others.

AFFIDAVIT/DECLARATION OF TRUTH

Wholefoods, you have knowingly and willingly humiliated me and violated my constitutionally protected rights by unlawfully denying me fair and equal service for not wearing a mask in your store. The 1st Amendment states, " Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." You have unlawfully knowingly and willingly discriminated against me and required me to wear a mask to shop at your store and it is a well established fact supported by evidence that mask wearing is a main cause that contributes to hypoxia, hypoxemia and hypercapnia among other grave health issues. Wearing masks creates a bacterial cesspool over the mouth and nose and it forces one to inhale their own waste product, carbon dioxide which is poisonous to the bloodstream and entire organ system and immune system.

My body is my biological property therefore you have no lawful authority to ask me about my medical condition or tell me to wear a mask or to social distance. By refusing me service you have violated the Civil Rights Act of 1964 and discriminated against me.

Lawful notification has been provided to you **John P. Mackey**, stating that if you do not rebut the statements, charges and averments made in this Affidavit/Declaration, then, you at Wholefood's knowingly and willingly tacitly agree with and admit to them. Pursuant to that lawful notification, if Wholefood's does disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to me that with which you disagree, with particularity, within ten (10) days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America and this state of Massachusetts.

An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America,

without your protest, objection and that of those who represent Wholefood's.

No remedy less than $21,000,000 (twenty one million dollars) can even be considered for the injury and harm caused by the willingly and knowingly deprivation of my unalienable rights under Wholefoods blatant disregard for my rights, and well established laws against discrimination and blatant disregard to their charter of commerce for which shall and should be in all matters of commerce be revoked and the matters of common law and writs of quo warranto shall and should be as a matter of law and commerce revoked pursuant to all articles prescribed by the Constitution and contract law. Remedy of the trespasses perpetrated unlawfully under the guise of Color of Law Title 18 U.S.C. section 242 must be awarded to the plaintiffs for the utter failure to conform and adhere to any and all rights prescribed under and within the charter and constitution for the United States of America. All those acting and performing any and all acts contrary outside the public trust have no immunity or suits restricting liability or harm and injury for their neglect or abuse of the rights of We the People.

Affiant further sayeth naught, All Rights Reserved.

_____
Ryan Timothy Manning Affiant/Declarant Date

NOTARY STATEMENT

In the State of __MA__

__Norfolk__ County

I swear that on this __2nd__ day of __February__ 2021, The above named Affiant/Declarant, Ryan Timothy Manning, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.

_____ Notary Public My Commission Expires:____

MOHAMAD GHEBBO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov. 30, 2023

Seal: